UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

PHILLIP BENNETT,
DEBBIE BENNETT,
Individually and on behalf others similarly situated,
    Plaintiffs,

 -vs-                                           Case No. 12-15636
                                                    Hon. Mark A. Goldsmith

ASSET ACCEPTANCE, LLC,
CONVERGENT OUTSOURCING, INC.,
    Defendants.

## STIPULATED ORDER OF DISMISSAL
## OF DEFENDANT ASSET ACCEPTANCE, LLCONLY

Having been advised by the stipulation of the parties below, it is ordered that the claims against Asset Acceptance, LLC are dismissed with prejudice and without costs, attorney fees or sanctions to any party.

The Court retains jurisdiction only for purposes of enforcing the settlement in this matter.

**So Ordered**.

Dated: August 21, 2013                          s/Mark A. Goldsmith
      Flint, Michigan                        MARK A. GOLDSMITH
                                               United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 21, 2013.

                                                           s/Deborah J. Goltz
                                                           DEBORAH J. GOLTZ
                                                           Case Manager

Stipulated To By:

| | |
|---|---|
| s/ Julie A. Petrik | s/ by consent Robert Horwitz |
| Julie A. Petrik (P47131) | Robert Horwitz (P51466) |
| Attorney For Plaintiff | Attorney for Asset Acceptance, LLC |
| Lyngklip & Associates Consumer Law Center, PLC | Dykema Gossett, PLLC |
| | 400 Renaissance Center |
| Southfield, MI 48075 | Detroit, MI 48243 |
| (248) 208-8864 | (313) 568-6800 |
| Julie@MichiganConsumerLaw.com | rhorwitz@dykema.com |